AO 257 (Rev. 6/78)  |  Print Form

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)(vi) – Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams and More of Fentanyl
21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute and Distribution of 40 Grams and More of Fentanyl

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

PENALTY: 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)(vi) - min 5 years, max 40 years; imprisonment; $5,000,000 fine; 4 years min, max life supervised release; $100 special assessment
Forfeiture
Deportation

***REDACTED VERSION***

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
SEP 15 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ BRAYAN NUNEZ-GONZALES

DISTRICT COURT NUMBER

CR 22 0355 JST

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

DEA Special Agent Andrew Fishell

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form: Stephanie M. Hinds
☐ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Kelsey Davidson

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

**\*\*\*REDACTED VERSION\*\*\***

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

**FILED**
SEP 15 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.



and

BRAYAN NUNEZ-GONZALES,

CR 22 0355

DEFENDANT(S).

## INDICTMENT

JST

21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)(vi) – Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams and More of Fentanyl;
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute and Distribution of 40 grams and More of Fentanyl;
21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute and Distribution of Fentanyl;
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute and Distribution of 5 Grams and More of Methamphetamine;
21 U.S.C. § 853 – Forfeiture Allegation

A true bill.

_____
Foreman

Filed in open court this 15th day of

September, 2022.

_____ Ivy L. Garcia 9/15/22
Clerk
9/15/22

Bail, $ No Bail- Warrant

Judge Donna M. Ryu

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

**FILED**
SEP 15 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

\*\*\*REDACTED VERSION\*\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>[REDACTED] and<br>BRAYAN NUNEZ-GONZALES,<br><br>Defendants. | CASE NO. **CR 22 0355**<br><br>VIOLATIONS:<br>21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)(vi) – Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams and More of Fentanyl;<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute and Distribution of 40 grams and More of Fentanyl;<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute and Distribution of Fentanyl;<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute and Distribution of 5 Grams and More of Methamphetamine;<br>21 U.S.C. § 853 – Forfeiture Allegation |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)(vi) – Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams and More of Fentanyl)

Beginning on or about June 7, 2022, and continuing up through and including the present, in the Northern District of California, the defendants,

INDICTMENT

1 ███████████, and
BRAYAN NUNEZ-GONAZALES,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(B)(vi).

COUNT TWO:     (21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute and Distribution of 40 Grams and More of Fentanyl)

On or about June 7, 2022, in the Northern District of California, the defendant,

███████████████,

did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

COUNT THREE:   (21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute and Distribution of 40 Grams and More of Fentanyl)

On or about June 30, 2022, in the Northern District of California, the defendant,

BRAYAN NUNEZ-GONAZALES,

did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

COUNT FOUR:    (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute and Distribution of Fentanyl)

On or about August 25, 2022, in the Northern District of California, the defendant,

███████████████,

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also

INDICTMENT                                    2

known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT FIVE:   (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute and Distribution of 5 Grams and More of Methamphetamine)

On or about August 25, 2022, in the Northern District of California, the defendant,

did knowingly and intentionally distribute and possess with intent to distribute 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

FORFEITURE ALLEGATION:   (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Counts One, Two, Four, and Five above, the defendant,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

Upon conviction of any of the offenses alleged in Counts One and Three above, the defendant,

BRAYAN NUNEZ-GONAZALES,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendants:

  a. cannot be located upon exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

INDICTMENT   3

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: September 15, 2022

A TRUE BILL.

_____
FOREPERSON
Oakland, California

STEPHANIE M. HINDS
United States Attorney

/s/ Kelsey C. Davidson
Kelsey Davidson
Assistant United States Attorney

INDICTMENT                                    4